THE HONORABLE BARBARA J. ROTHSTEIN

FILED ___ ENTERED
LODGED ___ RECEIVED

FEB 21 2003

BY ___ CLERK US DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| RAYMOND LEICH, a resident of Florida, derivatively on behalf of EVERGREEN STATE RESTAURANT CORP., <br><br> Plaintiff, <br><br> v. <br><br> CRAIG and JANE DOE EDWARDS, Washington residents, and their marital community, <br><br> Defendants, <br><br> and <br><br> EVERGREEN STATE RESTAURANT CORP., a Washington corporation, <br><br> Nominal Defendant. | NO. C 03-0108 BJR <br><br> DECLARATION OF DAVID HOFF |
| CRAIG R. EDWARDS, on his own behalf and on behalf of EVERGREEN STATE RESTAURANT CORP., <br><br> Counterclaimant and Third-Party Plaintiff, <br><br> v. <br><br> RAYMOND M. LEICH, an individual; CLIFFORD L. JONES and LINDA JONES, and their marital community; and EVERGREEN RESTAURANT VENTURES, INC., a Washington corporation, <br><br> Counterclaim Defendants and Third-Party Defendants. | CV 03-00108 #00000011 |

ORIGINAL

DECLARATION OF DAVID HOFF - 1
3962\001\149394.01

TOUSLEY BRAIN STEPHENS PLLC
700 Fifth Avenue, Suite 5600
Seattle, Washington 98104-5056
TEL 206.682.5600 • FAX 206.682.2992

1  I, David Hoff, declare and state as follows:

2  1.    I am an attorney for Plaintiff in this action. I am competent to testify and do so based

3  upon my personal knowledge.

4  2.    Wednesday, February 19, 2003, I spoke with Spencer Hall, attorney for Defendant

5  

6  Craig Edwards. I asked Mr. Hall if he would postpone the special shareholders meeting of

7  Evergreen State Restaurant Corporation scheduled for February 24, 2003 while the parties

8  considered alternate courses of action to resolve their dispute. Late in the day on Wednesday,

9  Mr. Hall advised Janissa Strabuk, another attorney in our office, that his client was unwilling to

10 postpone the meeting.

11 3.    Accordingly, we immediately advised Mr. Hall that we would be seeking a Temporary

12 Restraining Order to postpone or cancel the shareholders meeting. We worked diligently on

13 

14 the necessary paperwork and provided Mr. Hall copies of the moving papers Thursday evening,

15 February 20, 2003.

16 4.    Ms. Strabuk and I offered to postpone seeking a Restraining Order on Friday, February

17 21, if Mr. Hall would also agree to postpone the shareholder's meeting until after a Temporary

18 Restraining Order hearing could be held. We advised Mr. Hall that he should contact us Friday

19 morning if he wanted to take advantage of this offer.

20 

21 5.    Attached to this Declaration as Exhibit A is a true and correct copy of the Complaint in

22 this matter.

23 6.    Attached to this Declaration as Exhibit B is a true and correct copy of Defendant

24 Edwards' Answer, Counterclaims and Third Party Complaint.

25 7.    No further pleadings have been filed to date in this matter.

26

DECLARATION OF DAVID HOFF - 2
3962\001\149394.01

TOUSLEY BRAIN STEPHENS PLLC
700 Fifth Avenue, Suite 5600
Seattle, Washington 98104-5056
TEL 206.682.5600 • FAX 206.682.2992